# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

THE STATE OF LOUISIANA, EX
REL., JAMES D. "BUDDY"
CALDWELL, ATTORNEY GENERAL

NO.  2020 CW 0297

VERSUS

MOLINA HEALTHCARE, INC., MOLINA
INFORMATION SYSTEMS, LLC, D/B/A
MOLINA MEDICAID SOLUTIONS,
PARAMAX SYSTEMS CORPORATION,
AND UNISYS CORPORATION

**APRIL 3, 2020**

---

In Re:  Unisys Corporation, applying for supervisory writs, 19th
        Judicial District Court, Parish of East Baton Rouge, No.
        631612

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**STAY DENIED; WRIT GRANTED IN PART WITH ORDER, DENIED IN PART.** The trial court has not yet acted on relator's Motion for Entry of Protective Order, and therefore, there is no order of the trial court subject to this court's review. This writ is granted for the sole purpose of instructing the trial court to act on relator's motion at a time which it deems appropriate considering the orders being issued by the Governor of the State of Louisiana and that court's operating procedures. The writ is denied as to the merits of relator's motion.

                                TMH
                                AHP
                                WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
          FOR THE COURT